**KNIGHT v. WAL-MART STORES, INC.**

[357 N.C. 44 (2003)]

SHAWN PATRICK KNIGHT, Employee v. WAL-MART STORES, INC., Employer and
INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, Carrier

No. 228A02

(Filed 28 March 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 149 N.C. App. 1, 562 S.E.2d 434 (2002), affirming an opinion and award entered by the North Carolina Industrial Commission on 14 July 2000. Heard in the Supreme Court 4 February 2003.

*Poisson, Poisson, Bower & Coldfelter, by Fred D. Poisson, Jr.; and R. James Lore, for plaintiff-appellee.*

*Young Moore and Henderson, P.A., by Joe E. Austin, Jr., for defendant-appellants.*

*Hedrick, Eatman, Gardner & Kincheloe, L.L.P., by Shannon P. Herndon, on behalf of the North Carolina Association of Defense Attorneys, amicus curiae.*

PER CURIAM.

AFFIRMED.